UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
21 APR 16 PM 4:30
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| CHARLES WILLIAM THORNBURG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAMSON COUNTY, TEXAS; ROBERT CHODY, former Williamson County Sheriff; FRANK SAENZ, former Williamson County Deputy of the rank of Sgt.; LORENZO HERNANDEZ, former Williamson County Deputy; CHRISTOPHER PISA, AND UNKNOWN WILLIAMSON COUNTY DEPUTIES<br>　　　　　　Defendants. | Civil Action No. 1:21-CV-00172-LY |

## ORDER GRANTING DEFENDANT CHRISTOPHER PISA'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

CAME ON this day to be heard Defendant Christopher Pisa's Second Unopposed Motion for Extension of Time to File Responsive Pleading ("Motion"). The Court upon consideration of the pleadings is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Defendant Christopher Pisa's deadline to answer or otherwise file his responsive pleading is hereby extended to April 30, 2021.

SIGNED this 16th day of April, 2021.

_____
JUDGE PRESIDING